**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

MICHAEL ESTRADA,

                                  Case No.: 2:23-CV-02278-SCJ

       Plaintiff,

  v.

TRACTOR SUPPLY COMPANY,
A Foreign Profit Corporation,
d/b/a Tractor Supply,

       Defendant.
_____/

## **NOTICE OF SETTLEMENT**

Plaintiff, Michael Estrada hereby notifies the Court that the parties have reached a confidential agreement to fully resolve all matters related to this civil action and are currently working on the final details of the settlement. The parties respectfully move the Court to stay the instant case so they can finalize their settlement.

Respectfully submitted this 6th day of March, 2024.

                                            *s/ Matthew N. Pope*
                                           Matthew N. Pope
                                           Georgia Bar No. 584216
                                           **MATTHEW N. POPE, P.C.**
                                           900 2nd Avenue
                                           Columbus, Georgia 31902
                                           Tel.: (706) 324-2521
                                           matt@mpopelaw.com

*Counsel for Plaintiff Michael Estrada*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March, 6, 2024 a copy of the foregoing document was filed electronically through the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Matthew N. Pope*
Matthew N. Pope
